___ FILED ___ LODGED
___ RECEIVED ___ COPY

2012 SEP -5  P 2: 51

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JOHN S. LEONARDO
United States Attorney
District of Arizona
KYLE J. HEALEY
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
kyle.healey@usdoj.gov
Attorneys for Plaintiff

CR12-1870 TUC CKJ/DTF

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Elijah John Buchanan<br><br>　　　　　Defendant. | **INDICTMENT**<br><br>VIO: 21 USC §846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1<br><br>21 USC §§841(a)(1) and §841(b)(1)(C)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

From a time unknown, to on or about August 12, 2012, at or near Green Valley, in the District of Arizona, ELIJAH JOHN BUCHANAN, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 83 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 12, 2012, at or near Green Valley, in the District of Arizona, ELIJAH JOHN BUCHANAN, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 83 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

/s/

_____
Presiding Juror

SEP 0 5 2012

REDACTED FOR PUBLIC DISCLOSURE

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

United States vs. Buchanan
Indictment Page 2